

U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

---

PHILIP R. SELLINGER
*United States Attorney*

DIANA VONDRA CARRIG
*Assistant United States Attorney*

CAMDEN FEDERAL BUILDING & U.S. COURTHOUSE    (856) 757-5026
*401 Market Street, 4th Floor*                Fax: (856) 968-4917
Post Office Box 2098                 Direct Dial: (856) 968-4927
Camden NJ  08102

April 21, 2022

**Via CM/ECF**

Honorable Renée Marie Bumb
United States District Judge
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

  Re: *United States v. Rubbin Sarpong*, Crim. No. 21-865 (RMB)

Dear Judge Bumb:

  By this letter, I am seeking the Court's permission to allow the victims to appear via Zoom at Mr. Sarpong's sentencing, currently scheduled for May 3, 2022.

  The Government has received requests from several victims of Mr. Sarpong's romance fraud scheme to be able to attend and speak sentencing via video, rather than in person. The victims have cited health concerns given the COVID-19 pandemic and also the difficulty and expense of traveling to New Jersey. The Government is aware that a similar request was accommodated by Judge Kugler in *United States v. David Weinstein*, Crim. No. 21-485 (RBK), during a sentencing on December 2, 2021, with great success, in that it allowed numerous victims from across the United States to view and participate in the sentencing hearing.

  Please let me know if the Court requires any additional information. Thank you for your consideration.

           Respectfully yours,

           PHILIP R. SELLINGER
           United States Attorney

         By: *s/Diana Vondra Carrig*
           DIANA VONDRA CARRIG
           Assistant United States Attorney

(via email)
cc: Jeffrey C. Zucker, Esquire
  Miguel A. Rivera, Jr., Senior U.S. Probation Officer
  Shirley Estreicher, U.S. Attorney's Office, Victim Witness Program Coordinator